FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re: **George Henry Garrison / Pearlie Mae Garrison**, Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **George Henry Garrison** | S.S.# **xxx-xx-7997** |
| | (W) **Pearlie Mae Garrison** | S.S.# **xxx-xx-5402** |
| ADDRESS: | **3827 Silver Chalice Drive** | |
| | **Memphis, TN 38115** | |

PLAN PAYMENT: Debtor(s) to pay $ **1,335.00** Monthly
PAYROLL DEDUCTION: (**XX**) DIRECT PAY
BECAUSE: **Unemployed**
FIRST PAYMENT DATE: **12/5/2015**
PLACE OF EMPLOYMENT: **Spouse's Employer: Unemployed**
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | | |
|---|---|---|---|
| AUTO INSURANCE: | (**X**) Not included in Plan   ( ) Included in Plan | | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | | $ **-NONE-** |
| | Child support arrearage amount _____ | | $ _____ |
| PRIORITY CREDITORS: | **-NONE-** | | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Brighton Bank**
Ongoing pmt. Begin **March 2016**    $ **539.00**
Approx. arrearage **7,600.00**    Interest **0.00** %    $ **127.00**

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Capital One Auto Finance ($12,850)** | $ 12,850.00 | 5.25 % | $ 248.00 |
| **Pioneer Credit/Saks 5th Ave. ($3,000)** | $ 3,000.00 | 5.25 % | $ 57.00 |
| **Shelby County Trustee ($3,850)** | $ 3,850.00 | 12.00 % | $ 86.00 |
| **Treasurer, City of Memphis ($4,188)** | $ 4,188.00 | 12.00 % | $ 94.00 |
| **United Consumer Financial Serv. ($700)** | $ 700.00 | 0.00 % | $ 12.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$7,746.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:
**Janet M. Lane 014634
Janet M. Lane, Attorney at Law
2299 Union Avenue
Memphis, TN 38104
(901) 219-8101 Fax:(866) 264-9179**